No. 584. FEDERAL COMMUNICATIONS COMMISSION *v.* BROADCASTING SERVICE ORGANIZATION, INC. Certiorari, 336 U. S. 950, to the United States Court of Appeals for the District of Columbia Circuit. Argued May 9, 1949. Decided May 16, 1949. *Per Curiam:* The judgment is reversed. *Federal Communications Comm'n* v. *WOKO,* 329 U. S. 223. *Solicitor General Perlman* argued the cause

for petitioner. With him on the brief were *Benedict P. Cottone, Max Goldman* and *Richard A. Solomon. Walter M. Bastian* argued the cause for respondent. With him on the brief were *Ben S. Fisher* and *John P. Southmayd.*